# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| EUGENE HAMPTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20 CV 966 CDP |
| CITY OF ST. LOUIS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court for calculation of plaintiff's appellate filing fee. On October 20, 2022, the Court granted plaintiff's motion to proceed in forma pauperis on appeal. *See* ECF No. 63. Based on review of plaintiff's inmate account statement, he must pay an initial partial filing fee of $40.81, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial filing fee of $40.81 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

Dated this 28th day of October, 2022.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE